UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KIEARRA DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:14cv547 |
| | ) |
| GOOD NEIGHBOR COMMUNITY | ) |
| SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL ORDER

This day came the plaintiff, Kiearra Daniels, and the defendant, Good Neighbor Community Services, Inc., by counsel, and represent to the Court that all matters of controversy between the parties have been resolved, and jointly move the Court for an Order dismissing all claims among them, in the above-styled civil action, with prejudice.

Having considered the matter, and there being no objection, it is hereby **ADJUDGED**, **ORDERED**, and **DECREED** that this matter shall be and it is hereby dismissed **WITH PREJUDICE** with each party to be responsible for its or her own costs and attorney's fees.

Upon entry, the Clerk is directed to mail copies of this Order to all counsel of record.

ENTER:     /     /

United States District Court Judge

**WE ASK FOR THIS**:

_____/s/\_Neil S. Talegaonkar_____
Neil S. Talegaonkar (VSB No. 44589)
*Good Neighbor Community Services, Inc.*
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, VA  23219-4140
Phone: 804.649.7545
Fax: 804.780.1813
E-mail: ntalegaonkar@t-mlaw.com


_____/s/ Tim Schulte _____
Tim Schulte (VSB No. 41881)
Lauren E. Fisher (VSB No. 80360)
*Counsel for Kiearra Daniels*
Shelley Cupp Schulte, P.C.
2020 Monument Avenue
Richmond, VA 23220
Phone: 804.644.9700
Fax: 804.278.9634
E-mail: Tim.schulte@shelleyschulte.com
E-mail: Lauren.fisher@shelleyschulte.com